**Joseph Farias, appellee, v. Herman Schuettler et al., appellants. Gen. No. 23,793.**

Bill to restrain police from interfering with complainant's hotel business. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 15, 1918.

Samuel A. Ettelson, for appellants; Chester E. Cleveland and Frank D. Ayers, of counsel. Stein, Mayer &· Stein, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**W. A. Case & Son Manufacturing Company, appellee, v. C. Erwin Norman, trading as C. Erwin Norman & Company, et al., appellants. Gen. No. 23,856.**

Action to recover on note. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Cleland, Lee & Phelps, for appellants; Lester E. Lee, of counsel. Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Columbian Bank Note Company, appellee, v. Robert J. Kerr, appellant. Gen. No. 23,862.**

Action to recover on contract for engraving stock certificates. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Kerr & Kerr, for appellant. Joseph M. Griffen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Riley Cut Stone Company, appellee, v. Cecil E. Bryan, appellant. Gen. No. 23,874.**

Action on notes against indorser. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Archibald Cattell, for appellant; Carl A. Waldron, of counsel. Huttmann, Cloyes & Carr, for appellee.

Mr. Justice Barnes delivered the opinion of the court.